

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00557-CV

| | | |
|---|---|---|
| TARRANT REGIONAL WATER DISTRICT, Appellant | § | On Appeal from the 271st District Court |
| | § | of Wise County (CV24-04-267) |
| V. | | |
| | § | July 24, 2025 |
| TEX S. FOLLETT JR., Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and we render judgment dismissing Tex S. Follett Jr.'s claim for want of jurisdiction.

It is further ordered that Tex S. Follet Jr. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth